BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN PEELER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>RLI INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOE INDIVIDUALS 1 through 10; XYZ CORPORATIONS 11 through 20; ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-00045-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND FILING OF THE DISCOVERY PLAN AND SCHEDULING ORDER** |

The current deadline for filing the Discovery Plan and Scheduling Order is March 9, 2018. The parties, through their undersigned counsel, stipulate and agree to extend the deadline 14 days or until March 23, 2018.

/ / /

/ / /

/ / /

1

The reason for the requested extension is that the insurance policy that insures Mr. Peeler provides for arbitration and Mr. Peeler has elected to submit to same. The requested extension will allow the parties to formalize the stipulation and agree to discovery deadlines.

Dated this 12th day of March, 2018.                    Dated this 12th day of March, 2018.

By:  */s/ Bruce Scott Dickinson*                              By:  */s/ William R. Killip, Jr.*
     Bruce Scott Dickinson, Esq.                                    Brian Nettles, Esq.
     Nevada Bar No. 002297                                           Nevada Bar No. 7462
     Jacquelyn M. Franco, Esq.                                       William R. Killip, Jr., Esq.
     Nevada Bar No. 13484                                            Nevada Bar No. 3660
     STEPHENSON & DICKINSON                                          Jennifer Peterson, Esq.
     2820 West Charleston Blvd., Suite B-19                          Nevada Bar No. 11242
     Las Vegas, NV  89102                                            NETTLES LAW FIRM
     Telephone: (702) 474-7229                                       1389 Galleria Drive, Suite 200
     *Attorneys for Defendant*                                       Henderson, NV 89014
                                                                      Telephone: (702) 434-8282
                                                                      *Attorneys for Plaintiff*

## **ORDER**

**It is so ordered this 13th day of March, 2018.**

_____
**U.S. MAGISTRATE JUDGE**