BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN PEELER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>RLI INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOE INDIVIDUALS 1 through 10; XYZ CORPORATIONS 11 through 20; ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-00045-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Brian Peeler, and |
| 2 | Defendant, RLI Insurance Company, by and through their respective attorneys of record, that the |
| 3 | above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees. |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Brian Peeler, and Defendant, RLI Insurance Company, by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees.

Dated this 16 day of ~~October~~ November, 2018.     Dated this 15 day of ~~October~~ November, 2018.

By: /s/ Bruce Scott Dickinson
Bruce Scott Dickinson, Esq.
Nevada Bar No. 002297
Jamieson N. Poe, Esq.
Nevada Bar No. 008228
STEPHENSON & DICKINSON
2820 West Charleston Blvd., Suite B-17
Las Vegas, NV 89102
Telephone: (702) 474-7229
*Attorneys for Defendant*

By: /s/ #13991 for
Brian Nettles, Esq.
Nevada Bar No. 7462
William R. Killip, Jr., Esq.
Nevada Bar No. 3660
Jennifer Peterson, Esq.
Nevada Bar No. 11242
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 434-8282
*Attorneys for Plaintiff*

## ORDER

**It is so ordered** November 26, 2018.

_____
**U.S. DISTRICT JUDGE**